**Order entered November 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00973-CV

**AMERICAN HOMES 4 RENT PROPERTIES ONE, LLC, Appellant**

**V.**

**EVA IBARRA, ET AL., Appellees**

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-13-02049-A**

## ORDER

We **GRANT** appellees' November 4, 2013 unopposed second motion for an extension of

time to file a brief. Appellees shall file their brief on or before November 18, 2013.

/s/　　DAVID LEWIS
　　　　JUSTICE